# U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

**JUDGMENT:** Case No. 3:16-cr-00020-CLC-HBG-6   USA v. Katy Bibee

**PRESENT:** Honorable Curtis L. Collier   ☑ U.S. District Judge  OR  ☐ U.S. Magistrate Judge

| F M Hamilton, III | Richard Lewis Tennent and Jodie A Bell | Gary Turney |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| Barbara Lewis | Elizabeth Coffey | |
| Courtroom Deputy | Court Reporter | Interpreter   ☐ SWORN |

**PROCEEDINGS:** ☑ Plea agreement accepted by Court  ☑ PSR guidelines are  ☑ accurate  ☐ as modified  ☑ PSR SEALED

☑ Govt/Deft motion for downward departure: ☑ granted ☐ denied
    upward departure: ☐ granted ☐ denied
    non-guidelines sentence: ☑ granted ☐ denied

Govt motion for third point reduction for acceptance of responsibility ☐ granted ☐ denied

☑ Deft speaks  OR  ☐ Deft declines to speak

Document(s) all except PSR  ☑ unsealed  ☐ remain sealed

**TESTIMONY BY:** _____

☐ Exhibits attached to minutes   ☐ Exhibits in vault

**IMPRISONMENT:** 0 MONTHS on COUNT(s) One of the Indictment

**SUPERVISED RELEASE/PROBATION:** 3 YEARS on COUNT(s) One of the Indictment

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

- ☑ report to Probation Officer w/in 72 hrs of release
- ☑ not commit another federal, state or local crime
- ☑ abide by standard conditions on Local Rule 83.10
- ☑ not possess a firearm or other destructive device
- ☑ not illegally possess or use a controlled substance
- ☑ participate in collection of DNA
- ☐ submit to search
- ☐ perform _____ hours of community service
- ☐ comply with any BICE deportation orders
- ☐ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
- ☐ comply with Local Rule 83.10 - Sex Offender Treatment
- ☐ pay any financial penalty due
- ☐ provide Probation Office w/access to any required financial info
- ☐ not incur new credit charges or open additional lines of credit
- ☐ no contractual agreements which obligate funds
- ☐ not be employed in position of trust
- ☐ participate in program of testing/treatment for drug/alcohol abuse
- ☐ wear electronic device and pay for service at prevailing rate
- ☐ maintain telephone w/out any special services or devices
- ☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** to serve 200 hours of community service to be served at the United Way, a children's advocacy center, a local boys' or girls' club, Urban League or in the alternative at a food bank.

☐ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** other conditions continued: Mandatory Drug testing condition is suspended.

**RESTITUTION:**

☐ Interest Waived   ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** _____  OR  ☐ Waived   **SPECIAL ASSESSMENT:** $100.00   ☑ Payment due immediately   ☐ Interest waived

☐ Court waived fine due to deft's inability to pay   ☑ Deft informed of right to appeal   ☑ Remaining counts dismissed

Deft ☐ remanded to custody of U.S. Marshal   ☐ remained in custody   ☑ remained on bond

Deft to self-report on or before _____ at _____

Time: 2:35 to 5:00   Date: 1/23/2019

Case 3:16-cr-00020-CLC-HBG   Document 846   Filed 01/23/19   Page 1 of 1   PageID #: 21976

Rev. 3/10