UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:16-CR-20 |
| v. | ) | |
| | ) | Judge Collier |
| KATY BIBEE | ) | |

# **O R D E R**

The Court conducted Defendant Katy Bibee's sentencing hearing on January 23, 2019. (Doc. 846.) The Court did not address the unsealing of currently sealed documents in her case.

Within **ten (10) days** of the entry of this Order, Defendant Bibee shall **FILE** a notice stating any objections she may have to the unsealing of all sealed documents in her case, other than the Presentence Report, which shall remain sealed. Defendant Bibee's notice may also address the United States' October 17, 2018 memorandum regarding what documents in the record should remain sealed (Doc. 738), to which a number of her codefendants have responded (Docs. 740, 767, 768, 778, 783).

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**